**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7663**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RAYMOND THOMAS OECHSLE, JR.,

Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:94-cr-00057-BO-1)

Submitted: December 14, 2009          Decided: December 28, 2009

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Raymond Thomas Oechsle, Jr., Appellant Pro Se. Edward D. Gray, Steve R. Matheny, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Thomas Oechsle, Jr., appeals the district court's order denying his Fed. R. Crim. P. 35(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Oechsle</u>, No. 5:94-cr-00057-BO-1 (E.D.N.C. July 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. We deny the motion to order officials to make copies, provide paper and envelopes, and allow access to law books.

<u>AFFIRMED</u>

2